05-15-00854-CV

# ORIGINAL

Case Number: TX-14-41301

DALLAS COUNTY, ETAL ~ IN THE DISTRICT COURT OF APPEALS
DALLAS, TEXAS
7/22/2015 1:34:54 PM
LISA MATZ
V.S. ~ DALLAS COUMTY, TEXAS Clerk

With The of Allah, Jehovah, etal.,
Me/I, stand on our Sovereignty Rights
Allodial Rights, Constitutional Rights
All Unalienable Rights I, reserved!
I, am Sui Juris, Sovereign, Allodialist
Known as Micheal A. Hughes© without doubt
I am the Gravamen, Hereto Sovereign ~ 95th JUDICIAL DISTRICT

## Affidavit of Indigency

TO HON, KENT SIMS, PRESIDING ADMINITRATOR, JUSTICE, AND/OR JUDGE:

Truth & Facts:

Coming here Sui Juris Sovereign and Allodial pursuant to being Alloium at all times. With respect, I, make this request as a man, and a mason as I travel through God's green earth. I am seeking this Affidavit of Indigence under the **Rules [TRCP 145, 217; in forcible entry, (i.e. ; etal.,) ] See. Sec. 1.2 {Purpose}...** The Texas Constitution and the rules of procedure recognize that courts must be open to all person with legitimate disputes, not just those who can afford to pay the fees to get in. Tex. Const. art.1,Sec. 13; TRCP 145, 217 ; **Griffin Indus., Inc. v. 13th Ct. Appeals, 934 S.W. 2d 349, 353 (Tex.1996). TRCP 145 gives an indigent access to the courthouse without payment of costs. Spellmon v. Sweeney, 819 S.W.2d 206, 208 (Tex. App.- Waco 1991, no writ). TRCP 217** gives an indigent the right to as jury trial without the payment of the jury fee...

Truth & Facts:

Who is indigent?
(1.). Justice & Law says: An indigent is a person who has no ability to pay the costs for the suit. **TRCP 145.** Generally, an individual receiving a governmental entitlement or public assistance may proceed as an indigent. See id.; **Griffin Indus., 934 S.W.2d at 35; Baughman v. Baughman, 65 S.W. 3d 309, 315 (Tex. App. - Waco 2001, pet. Denied)...**

**Affidavit of Indigency:**
(2.). Justice & Law says: An indigence of does not need to comply strictly with the requirements of the rules of procedure; substantial compliance is sufficient. See: **Walker v. Blue Water Garden Apts., 776 S.W.2d 578, 580-581 (Tex. 1989).**

**Parties who are indigent:**
(3.). Justice & Law says: A person who has been living on welfare, has not been regularly employed, and has not been able to obtain loans to pay for court costs. See: **Goffney v. Lowry, 554 S.W. 2d 157, 159-60 (Tex. 1977).**

Truth & Facts:

(4.). Justice & Law says: I, do have the right to: The Liberty of "Equal Rights, Equal Protection Rights, Equal Treatment under the law and/or at law; All of my Rights are reserved See under U.C.C. 1-308; and U.C.C. 1-207!!! This is Truth & Facts!
deny
(5.). I am on public assistance:

[a.]..... On: Welfare;
[b.]..... On: SSI; See Exhibits attached pages as proof; Exhibits:
[EX: SSI; Ex:1. A. & 1. B;
[c.]..... On: Medicaid;
[d.]..... On: Emergency Assistance;
[e.]..... On; Texas Identification Card; Ex: 2. C.;
[f.]..... See Physician's Statement for Disabled person Homestead Exemption. Ex: 3. D. & E.;
[g.] See Exhibits Attached here to.

(6.). No employment because of my impairments, which is covered by Americans with Disabilities. So, I don't have any money to pay cost of fees of any kind!!!

(7.). I, Sui Juris Sovereign Micheal A. Hughes do have Unalienable Rights, Constitution Rights and Common Rights that are Due Process, Substantive Due Process; Indispensable Human Rights based on all my Godly Rights!!!!!!! Know that my plea is based on my [Rights...] I do have the Equal Right have Access to Court. See: Bounds v. Smith, 430 U.S. 817, 821-28 (1977)...

Truth & Facts:

(8.). I/ Sui Juris Sovereign Micheal A. Hughes by the law of the land I have Rights that cannot be taken! I am being denied all of my Rights and being forced under the duress and/or also coercion of error in this Courtroom. These pleadings must be granted in the behalf of Justice. How ever, if not, it will be a Fundamental Miscarriage of Justice and a denial of my Right to Liberty, Equal Rights, Equal Protection Rights, Equal Treatment Rights[!] This reserved see below and above and here where the Supreme Court about Equal Protection under Yick Wo v. Hopkins, 118 U.S. 356 (1886) etal.,...

I, Sui Juris Sovereign, Allodialist known as Micheal A. Hughes have on this day July 14th, 2015. Reserved Rights U.C.C.1-308 U.C.C 1-207.

Sri Juris Sovereign Allodialist Micheal A. Hughes
2121 Sutter St/ Dallas, Texas 75216

STATE:

COUNTY:
THIS INSTERUMENT WAS ACKNOWLEDGED
BEFORE ME ON __7-15-15__ ,BY
_____
NOTARY

EDDIE EDWARD BURRELL JR
My Commission Expires
April 29, 2017

DATE: JULY __15__ 2015